UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| SAHAL YUSUF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 21-2313-JWL |
| | ) |
| LORRIE A. STEVENS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On November 1, 2021, the court entered a scheduling order (ECF No. 25) to govern discovery into whether this court has diversity subject-matter jurisdiction (i.e., into discovering whether any member of defendant Allison Transportation, LLC is a citizen of Minnesota, where plaintiff is a citizen). On January 31, 2022, the parties filed a joint status report (ECF No. 29) that addressed this issue. The status report, and the interrogatory answers attached thereto, clarify Allison Transportation, LLC has no member who is a citizen of Minnesota. The court therefore finds it has subject matter jurisdiction over this case. A new scheduling conference will be set by separate order.

IT IS SO ORDERED.

Dated January 31, 2022, at Kansas City, Kansas.

                                                s/ James P. O'Hara
                                                James P. O'Hara
                                                U.S. Magistrate Judge